UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>FAIRBANKS CAPITAL CORP. and )<br>FAIRBANKS CAPITAL HOLDING )<br>CORP., )<br>       Defendants. )<br>-------------------------------------------)<br>ALANNA L. CURRY, *et al.,* )<br>individually and on behalf of all )<br>others similarly situated, )<br>       Plaintiffs, )<br>)<br>v. )<br>)<br>FAIRBANKS CAPITAL CORP. )<br>       Defendant. )<br>)| Civil Action No. 03-12219-DPW<br><br><br><br><br><br><br><br><br><br>Civil Action No. 03-10895-DPW |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the District Court and are available in paper form only:

1. Exhibits "A" through "F" inclusive, to Jack Overbaugh's, Danny and Constance VanDale's, and others' represented by class counsel Objection To Approval Of Final Settlement.

The original documents are maintained in the case file in the Clerk's Office

Dated: April 8, 2004

| | |
|---|---|
| //S// Jessica D Hedges<br>Jessica D. Hedges (BBO #645847)<br>Hrones & Garrity<br>Lewis Wharf Bay 232<br>Boston, MA 02110<br>(617) 227-4019<br>(304) 344-3145 (facsimile) | //S// Daniel F Hedges<br>Daniel F. Hedges (WV State Bar ID #1660)<br>Mountain State Justice, Inc.<br>922 Quarrier St., Ste. 525<br>Charleston, WV 25301<br>(304) 344-5564 |