# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP. and<br>FAIRBANKS CAPITAL HOLDING CORP.,<br>Defendants. | Civil Action No. 03-12219-DPW |
| ALANA L. CURRY, et al., individually and on<br>Behalf of all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP.,<br>Defendant. | Civil Action No. 03-10895-DPW |

## NOTICE OF APPEARANCE OF JOHN J. PENTZ
## FOR CLASS MEMBER STEVEN WEINSTEIN
## AND NOTICE OF INTENTION TO APPEAR

NOW COMES John J. Pentz and enters his appearance for class member Steven Weinstein in this matter. Mr. Pentz intends to appear and argue at the fairness hearing scheduled for May 12, 2004.

Dated: April 6, 2004

John J. Pentz, Esq.
736 Boston Post Road
Sudbury, MA 01776
(978) 440-9828

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on April 7, 2004 he served a true copy of the foregoing document by first class mail on each of the counsel listed below.

Gary Klein, Esq.
Grant Klein & Roddy
727 Atlantic Avenue, 2d floor
Boston, MA 02111

Kelly Dermody, Esq.
Lieff Cabraser Heimann & Bernstein LLP
275 Battery Street, 30th floor
San Francisco, CA 94111

Thomas Hefferon, Esq.
Goodwin Procter LLP
Suite 500
1717 Pennsylvania Avenue, N.W.
Washington, DC 20006

Niall P. McCarthy, Esq.
Cotchett Pitre Simon & McCarthy LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
San Francisco, CA 94010

Daniel Mulligan, Esq.
Jenkins & Mulligan
660 Market Street, 3rd floor
San Francisco, CA 94104

Lucy E. Morris, Esq.
Division of Financial Practices
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Avenue, NW, Mail Drop NJ-3158
Washington, DC 20580

_____
John J. Pentz