**EXHIBIT 1--FAIRBANKS OBJECTIONS**

| OBJECTOR(S) | DATE FILED | ATTORNEY(S) |
|---|---|---|
| (Ohio Objectors) | | |
| Mary Keys, et al. | 4/12/04 (filed late) | Pittman, Alexander, Cook and Associates. (no local counsel) |
| Deborah Corbin | 4/9/04 | Valas and Associates, P.C. Rothstein, Cochran, Tomlinson, Bacharach |
| (West Virginia Objectors) | | |
| Jack Overbaugh, et al. | 4/2/04 | Dan Hedges Steven Hrones |
| Stephen Weinstein | 4/7/04 | John J. Pentz |
| Levi Butler | 4/6/04 | pro se |
| Malcolm Scoon | 4/3/04 | pro se |
| Pauline and Pearlie Rowl | 3/26/04 | pro se |
| Jack L. Hosterman | 4/9/04 | pro se |
| Timothy Stites | 4/9/04 | pro se |
| Carol J. Henry | 4/12/04 | pro se |
| Marcus Cleveland Colaine Curtis | 4/8/04 | pro se |
| Kimberly Millis Maher and Patrick Maher | Not known | pro se |
| Fernando A. Zapater and Carmen Zapater | 3/2/04 | pro se |
| Linda A. Latorre | 3/2/04 | pro se |

| Name | Date | |
|---|---|---|
| Gordon & Marcia Lupo | 4/5/04 | pro se |
| Richard J. Hubeny | 4/3/04 | pro se |
| Laurel E. Crosetto | 4/2/04 | pro se |
| Jen-Shenn & Sue-Jen Song | 3/26/04 | pro se |
| Essie Williams | undated | pro se |
| Fernado & Kathy Hernandez | 3/29/04 | pro se |
| Brenda Manson | not known | pro se |