UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP.,<br>FAIRBANKS CAPITAL HOLDING CORP.,<br>and THOMAS D. BASMAJIAN,<br><br>Defendants. | Civil Action No. 1-03-CV-12219-DPW |
| ALANNA L. CURRY *et al.*,<br>individually and on behalf of all others<br>similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP.,<br><br>Defendant. | Civil Action No. 1-03-CV-10895-DPW |

## STIPULATION WITHDRAWING OBJECTION OF DEBORAH A. CORBIN

The parties hereto and Objector Deborah A. Corbin (Ms. Corbin) hereby stipulate and agree as follows:

1. Ms. Corbin filed her Objection to Class Action Settlement in the above-captioned action on or about April 9, 2004. Upon further review of the settlement agreement and in light of additional information about the settlement now available to her, Ms. Corbin hereby withdraws her Objection and agrees to support the settlement.

2. Plaintiffs by and through their counsel hereby withdraw their filed response to the Corbin objection as well as the Declaration of John Roddy, filed and entered on the docket as Paper No. 46.

Respectfully submitted,

On Behalf of Ms. Corbin:

*[signature]*

Rory A. Valas (BBO # 559277)
Valas and Associates, P.C.
250 Summer Street
Boston, MA 02210
Telephone: 617-399-2200

Plaintiffs' Co-Lead Counsel:

*[signature]*

| | |
|---|---|
| Gary Klein (BBO # 560769) | Niall P. McCarthy |
| John Roddy (BBO # 424240) | Cotchett, Pitre, Simon & McCarthy |
| Grant Klein & Roddy | San Francisco Airport Office Center |
| 727 Atlantic Ave., 2d Floor | 840 Malcolm Road, Suite 200 |
| Boston, MA 02111 | Burlingame CA 94010 |
| (617) 357-5500 | (650) 697-6000 |
| | |
| Kelly M. Dermody | Daniel J. Mulligan |
| Lieff, Cabraser, Heimann & | Jenkins & Mulligan |
|    Bernstein, LLP | 660 Market Street, 3rd Floor |
| 275 Battery Street, 30th Floor | San Francisco CA 94104 |
| San Francisco CA 94111 | (415) 982-8500 |
| (415) 956-1000 | |

Counsel for Defendant
Fairbanks Capital Corp.

*Joseph F. Yenouskas*

Thomas M. Hefferon (BBO # 548289)
Joseph F. Yenouskas (*pro hac vice*)
Goodwin Procter LLP
1717 Pennsylvania Ave., N.W.
Suite 500
Washington, DC 20006
(202) 974-1029

*w/ permission expressly granted 5/11/04* *[signature]*

John C. Englander (BBO # 542532)
Brooks R. Brown (BBO # 634144)

Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: May 11, 2004