UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FAIRBANKS CAPITAL CORP., FAIRBANKS CAPITAL HOLDING CORP., and THOMAS D. BASMAJIAN, <br><br> Defendants. | Civil Action No. 1-03-CV-12219-DPW |
| ALANNA L. CURRY *et al.*, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FAIRBANKS CAPITAL CORP., <br><br> Defendant. | Civil Action No. 1-03-CV-10895-DPW |

## STIPULATION WITHDRAWING OBJECTION OF STEPHEN WEINSTEIN

The parties hereto and Objector Stephen Weinstein ("Mr. Weinstein") hereby stipulate and agree as follows:

1. Mr. Weinstein filed his Objection to Class Action Settlement in the above-captioned action on or about April 9, 2004. Upon further review of the settlement agreement and in light of additional information about the settlement now available to him, Mr. Weinstein hereby withdraws his objection.

2. Plaintiffs by and through their counsel hereby withdraw their filed response to the Weinstein objection.

Respectfully submitted,

On Behalf of Mr. Weinstein:

_/s/ John J. Pentz_
John J. Pentz
736 Boston Post Road
Sudbury, MA 01776
Telephone: 978-440-9828

Plaintiffs' Co-Lead Counsel:

_/s/_
Gary Klein (BBO # 560769)
John Roddy (BBO # 424240)
Grant Klein & Roddy
727 Atlantic Ave., 2d Floor
Boston, MA 02111
(617) 357-5500

Kelly M. Dermody
Lieff, Cabraser, Heimann &
    Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco CA 94111
(415) 956-1000

Niall P. McCarthy
Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame CA 94010
(650) 697-6000

Daniel J. Mulligan
Jenkins & Mulligan
660 Market Street, 3rd Floor
San Francisco CA 94104
(415) 982-8500

Counsel for Defendant
Fairbanks Capital Corp.

_/s/_
Thomas M. Hefferon (BBO # 548289)
Joseph F. Yenouskas (*pro hac vice*)
Goodwin Procter LLP
1717 Pennsylvania Ave., N.W.
Suite 500
Washington, DC 20006
(202) 974-1029

2

John C. Englander (BBO # 542532)
Brooks R. Brown (BBO # 634144)
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: May 12, 2004