UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALANA L. CURRY, *ET AL.*,<br>individually and on behalf of all others<br>similarly situated,<br>        Plaintiffs<br><br>v.<br><br>FAIRBANKS CAPITAL CORP.,<br>        Defendant | CIVIL ACTION NO. 03-10895-DPW |

## **FINAL JUDGMENT**

WOODLOCK, D.J.

Pursuant to the Final Order Certifying Settlement Class and Approving Settlement and the Final Order Approving Attorneys' Fees, Costs, and Service Payments, both dated May 13, 2004, which are incorporated and integrated into this Judgment as if fully set forth herein, this case is dismissed with prejudice on the merits and without costs.

                                                        BY THE COURT,

                                                        <u>/s Rebecca Greenberg</u>
                                                        Deputy Clerk

DATED: May 19, 2004